

# Fourth Court of Appeals
## San Antonio, Texas

December 31, 2019

No. 04-19-00662-CV

**MEDFINMANAGER, LLC** and Joel Clapick,
Appellants

v.

Robert M. **STONE** and Raymond S. Deleon,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-17804
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

Appellants' brief was due on December 19, 2019. Neither the brief nor a motion for extension of time has been filed. We therefore **ORDER** appellants to file, by **January 13, 2020**, their brief and a written response reasonably explaining: (1) their failure to timely file a brief; and (2) why appellees are not significantly injured by appellants' failure to timely file a brief. If appellants fail to timely file a brief and the written response, we will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a); *see also* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal if appellants fail to comply with court order).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of December, 2019.

_____
Michael A. Cruz,
Clerk of Court